**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**(817) 770-8500**
**(817) 770-8511 (FAX)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 10-45198-RFN |
| DENNIS RAY HANEY, xxx-xx-9647 | § | CHAPTER 13 |
| | § | |
| | § | |
| 7724 Brook Meadow Ln | § | Pre-Hearing Conference: |
| Fort Worth, TX 76133 | § | Friday, June 26, 2015 @ 8:30 AM |
| | § | |
| DEBTOR | § | |

**TRUSTEE'S MODIFICATION OF CHAPTER 13**
**PLAN AFTER CONFIRMATION**
(Excess Base)
DATE: June 03, 2015

**TO THE HONORABLE RUSSELL F NELMS, U.S. BANKRUPTCY JUDGE:**

Pursuant to 11 U.S.C. §1329, the Standing Chapter 13 Trustee requests the following modification of the Debtor's original or last modified Chapter 13 Plan:

1. Debtor's Plan provides for a Base Amount of $26,950.00. To the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority and Administrative Claims in full, such excess shall be paid pro-rata to timely filed allowed non-penalty general unsecured claims up to 100%, then to late filed allowed non-penalty unsecured claims up to 100%, then to penalty unsecured claims up to 100%, with any remaining balance refunded to Debtor. The Unsecured Creditors' Pool will be adjusted accordingly.

2. All other provisions as set forth in the last confirmed plan remain the same.

Respectfully submitted,

By: **/s/ Tim Truman**

Tim Truman, Standing Chapter 13 Trustee
State Bar No. 20258000
Angela Allen, Staff Attorney
State Bar No. 00786970
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
(817) 770-8511 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Modification of Chapter 13 Plan After Confirmation (Excess Base) was served on the parties listed below in the manner listed below on or before June 04, 2015.

/s/ Tim Truman

**BY FIRST CLASS MAIL:**

DENNIS RAY HANEY, 7724 Brook Meadow Ln, Fort Worth, TX 76133

**ELECTRONIC SERVICE:**

MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX 76021
RIDDLE & WILLIAMS P C, 3710 RAWLINS ST STE 1400, DALLAS, TX 75219-6432
CHRISTOPHER B MOSLEY, 1000 THROCKMORTON ST, FT WORTH, TX 76102
GE MONEY BANK, RECOVERY MANAGEMENT SYSTEMS, 25 SE 2ND AVE STE 1120, MIAMI, FL 33131
PERDUE BRANDON FIELDER COLLINS AND MOTT, 500 E BORDER ST #640, ARLINGTON, TX 76010
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242